IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 486P11 | Irving Ehrenhaus, on Behalf of Himself and All Others Similarly Situated v. John D. Baker, II, Peter C. Browning, John T. Casteen, III, Jerry Gitt, William H. Goodwin, Jr., Maryellen C. Herringer, Robert A. Ingram, Donald M. James, Mackey J. McDonald, Joseph Neubauer, Timothy D. Proctor, Ernest S. Rady, Van I. Richey, Ruth G. Shaw, Lanty L. Smith, Dona Davis Young, Wachovia Corporation, and Wells Fargo & Company v. Norwood Robinson and John H. Loughridge, Jr., Objectors | 1. Objectors' *Pro Se* NOA Based Upon a Constitutional Question (COA10-1034) 2. Objectors' *Pro Se* PDR Under N.C.G.S. § 7A-31 3. Defs' Motion to Dismiss Appeal 4. Plt's Motion to Dismiss Appeal | 1. - - - 2. Denied 3. Allowed 4. Allowed |
| --- | --- | --- | --- |
| 488P12 | State v. Keith E. Frasier | Def's *Pro Se* Motion for PDR (COAP12-879) | Dismissed |
| 492P12 | State v. Randy Locklear | 1. Def's *Pro Se* PWC to Review the Order of the COA (COAP12-884) 2. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed 2. Dismissed as Moot |
| 532P09-2 | State v. David Louis Richardson | 1. Def's *Pro Se* PWC to Review Order of COA 2. Def's *Pro Se* Motion for Application to Proceed in Supreme Court Without Prepaying Fees or Cost | 1. Dismissed 2. Allowed |
| 543PA11 | North Carolina Farm Bureau Mutual Insurance Company v. Jarvis Sentell Lynn and Michael Adams | Joint Motion to Dismiss Appeal | Allowed **10/22/12** |
| 548P11 | State v. Lawrence Aldous Black | 1. Def's *Pro Se* NOA Based Upon a Constitutional Question (COA11-354) 2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *Ex Mero Motu* 2. Denied |